# Third District Court of Appeal

**State of Florida**

Opinion filed July 22, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-1932
Lower Tribunal No. 14-MH-127-K

_____

**Cody Hogue,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Richard J. Fowler, Judge.

Carlos J. Martinez, Public Defender, and John Eddy Morrison, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Shane Weaver, Assistant Attorney General, for appellee.

Before SHEPHERD, EMAS, and LOGUE, JJ.

LOGUE, J.

Given that there is competent, substantial evidence in the record regarding the Defendant's mental illness, the trial court correctly entered the order for involuntary inpatient placement in an effort to provide the Defendant with the care he needed. See Burley v. State, 59 So. 3d 131, 135 (Fla. 3d DCA 2011) (holding "that there was substantial competent evidence to support the trial court's findings and involuntary commitment pursuant to the Baker Act," but "revers[ing] the order under review and remand[ing] to allow the parties' attorneys to make closing arguments."). The trial court's judgment of commitment is accordingly affirmed.